# Third District Court of Appeal

## State of Florida

Opinion filed October 27, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-1412
Lower Tribunal Nos. F14-6489B, F14-6492, F14-6494,
F14-9013, F14-9014 & F14-9016

_____

**Phillip Guzman,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from
the Circuit Court for Miami-Dade County, Jose L. Fernandez, Judge.

Phillip Guzman, in proper person.

Ashley Moody, Attorney General, for appellee.

Before LOGUE, SCALES and LINDSEY, JJ.

PER CURIAM.

Affirmed.